# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHARI THOMPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:04CV189** |
| | ) | |
| v. | ) | |
| | ) | |
| **ADAM KYLE, P. CLARK, W. IHM, M. NOONAN, C. REIGEN, and J. SMITH,** | ) ) ) | **REASSIGNMENT ORDER** |
| | ) | |
| **Defendants.** | ) ) | |

In the interest of judicial economy,

IT IS ORDERED that the above-captioned case is reassigned to Judge Laurie Smith Camp for disposition and Magistrate Judge F.A. Gossett for pretrial supervision and management.

**DATED July 28, 2005.**

                      **BY THE COURT:**

                      s/ Joseph F. Bataillon
                      **Chief Judge**