# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHARI THOMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CV189-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| **ADAM KYLE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| **SHARI THOMPSON and** | ) | |
| **BILLY THOMPSON,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV136-LSC-FG3 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ADAM KYLE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

During a Rule 16 planning conference held August 29, 2005, counsel jointly moved that these cases be consolidated for all purposes. I find that consolidation is appropriate.

**IT IS ORDERED** that the parties' Joint Oral Motions for Consolidation are granted. The above-captioned cases are hereby consolidated for pretrial scheduling, discovery, and trial. The progression deadlines and trial date will be set out in a separate consolidated final progression order.

**DATED August 29, 2005.**

  BY THE COURT:

  s/ F.A. Gossett
  **United States Magistrate Judge**