# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARI THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:04CV189** |
| vs. | ) | |
| | ) | **ORDER** |
| ADAM KYLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SHARI THOMPSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **8:05CV136** |
| vs. | ) | |
| | ) | **ORDER** |
| ADAM KYLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's counsel, by letter, has requested a 30-day stay of this proceeding due to the recent death of counsel's husband. I find that the request should be granted in that Plaintiff is given an extension of time until **January 30, 2006** to respond to defendants' pending Motions for Partial Summary Judgment. It does not appear that an extension of the other progression order deadlines will be necessary at this time. Counsel may request further extensions by motion.

**IT IS SO ORDERED.**

**DATED December 28, 2005.**

                                                      **BY THE COURT:**

                                                      **s/ F.A. Gossett**
                                                      **United States Magistrate Judge**