## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARI THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CV189-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| ADAM KYLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| SHARI THOMPSON and, | ) | |
| BILLY THOMPSON, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV136-LSC-FG3 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADAM KYLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of defendants' MOTION FOR CONTINUANCE OF DISCOVERY AND TRIAL, and MOTION FOR SANCTIONS FOR FAILURE TO PARTICIPATE IN DISCOVERY (filed in 8:05CV136 only), it is apparent that these cases cannot be tried on May 2, 2006 as previously scheduled.

**IT IS ORDERED:**

1. These cases are removed from the trial docket, and the trial set for May 2, 2006 is hereby cancelled.

2. Plaintiffs shall respond to defendants' pending motions as soon as is practicable, but no later than **April 21, 2006.**

**DATED April 4, 2006**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**