## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARI THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CV189-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| ADAM KYLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| SHARI THOMPSON and, | ) | |
| BILLY THOMPSON, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV136-LSC-FG3 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADAM KYLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

These consolidated cases were previously removed from the May 2, 2006 trial calendar. On the court's own motion, and to clarify the record,

**IT IS ORDERED** that the consolidated final pretrial conference now set for April 24, 2006 at 1:00 p.m. is cancelled. The final pretrial conference and trial date will be rescheduled by further order after defendant's pending motions are resolved.

DATED April 19, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**